IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FITISTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 1:16cv0112 (GBL/JFA) |
| | ) |
| ERIK B. CHERDAK, ESQ., | ) |
| | ) |
| Defendant. | ) |

### ORDER

On Friday, August 12, 2016, counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel (Docket no. 52) and Second Motion to Compel (Docket no. 67). Upon consideration of the motions, the memoranda in support (Docket nos. 53, 68), defendant's memoranda in opposition (Docket nos. 64, 70), and plaintiff's reply (Docket no. 71), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel is granted in part and denied in part and plaintiff's Second Motion to Compel is granted.

Entered this 12th day of August, 2016.

/s/
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia