**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **FITISTICS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. <u>**1:16-cv-00112-GBL-JPA**</u> |
| ) | |
| **ERIK B. CHERDAK, ESQ.,** ) | |
| ) | |
| Defendant. ) | |

### BRIEF IN SUPPORT OF DEFENSE COUNSEL'S MOTION TO WITHDRAW

Michael C. Whitticar and NOVA IP Law, PLLC ("Defense Counsel") respectfully submit this brief in support of their motion to withdraw as counsel for Defendant and Counterclaim Plaintiff Erik B. Cherdak ("Mr. Cherdak").

### FACTS

Circumstances have arisen which make it unduly burdensome and unreasonably difficult for Defense Counsel to continue representing Mr. Cherdak, which would render it an unreasonable financial burden on Defense Counsel to continue representing Mr. Cherdak, which make it impossible for Defense Counsel to vigorously represent Mr. Cherdak's interests, and which have created conflicts of interest between Counsel and Mr. Cherdak.

Additionally, tactical and strategic differences have arisen between Counsel and Mr. Cherdak that require counsel to withdraw.

No material prejudice will result to Mr. Cherdak because he is a law school graduate and trained attorney who has filed and litigated many cases in this Court and others. In fact, Mr. Cherdak initiated this case *pro se* before Defense Counsel was retained. Defense Counsel has thoroughly and repeatedly consulted with and advised Mr. Cherdak about every aspect of this

1

case and of his claims, and he has been fully advised as to Defense Counsel's analysis and opinions. Mr. Cherdak's pending bankruptcy petition gives him adequate time to retain and be represented by new counsel.

**ARGUMENT**

Rule 1.16(b)(6) permits an attorney to withdraw for good cause. VRPC Rule 1.16(b)(6).

Rule 1.16(b)(5) permits an attorney to withdraw if the representation will result in an unreasonable financial burden on the lawyer or if the representation has been rendered unreasonably difficult by the client. VRPC Rule 1.16(b)(5).

Rule 1.16(b)(3) permits an attorney to withdraw if a client insists upon pursuing an objective that the lawyer considers imprudent. VRPC Rule 1.16(b)(3).

A lawyer must withdraw if the client insists that the lawyer engage in conduct that is illegal or which violates the Rules of Professional conduct or other law. VRPC Rule 1:16, Comment 2.

Confidentiality obligations preclude Counsel from specifying the facts in support of this motion in further detail unless and until it is contested or disputed by Mr. Cherdak or by Plaintiff. VRPC Rule 1.6(b)(2).

No material prejudice will result to Mr. Cherdak because he is a law school graduate and trained attorney who has filed and litigated many cases in this Court and others. In fact, Mr. Cherdak initiated this case *pro se* before Defense Counsel was retained. Defense Counsel has thoroughly and repeatedly consulted with and advised Mr. Cherdak about every aspect of this case and of his claims, and he is fully familiar with Defense Counsel's advice, opinions and recommendations. Mr. Cherdak's pending bankruptcy petition gives him adequate time to retain and be represented by new counsel.

**CONCLUSION**

For the foregoing reasons, NOVA IP Law, PLLC and Michael C. Whitticar respectfully request leave to withdraw as counsel of record for Erik B. Cherdak.

Respectfully Submitted This 5th Day of December, 2016:

NOVA IP Law, PLLC and Michael C. Whitticar

By: /s/ Michael C. Whitticar
Michael C. Whitticar, Esq.
NOVA IP Law, PLLC
7001 Heritage Village Plaza, Suite 205
Gainesville, VA 20155
Tel: 571-386-2980
Fax: 855-295-0740
mikew@novaiplaw.com
*Counsel for Defendant and Counterclaim Plaintiff Erik B. Cherdak, Esq.*

# CERTIFICATE OF SERVICE

I hereby certify that on December 5th, 2016, I filed the foregoing *Brief in Support of Motion to Withdraw* with the Clerk of the Court through CM/ECF, which then served a Notice of Filing on:

John D.V. Ferman
Birch Stewart Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22042
Tel: (703) 205-8009
Fax: (703) 205-8050
Email: John.D.V.Ferman@bskb.com
*Counsel for Plaintiff Fitistics, LLC*

I further certify that I have served or am serving the foregoing *Brief in Support of Motion to Withdraw* on Erik B. Cherdak by e-mail, through the Secretary of the Commonwealth, and by private process server as follows:

Erik B. Cherdak
149 Thurgood Street
Gaithersburg, MD. 20878
Email: ebcherdak@gmail.com
*Defendant*

                                                  /s/ Michael C. Whitticar
                                                    Michael C. Whitticar