IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FITISTICS, LLC,   Plaintiff and Counter-defendant, ) ) ) | |
| v. ) | Case No. 1:16cv112 |
| ) | Related Case No. 1:17cv500 |
| ERIK B. CHERDAK,   Defendant and Counter-plaintiff. ) ) | |
| | |
| ERIK B. CHERDAK,   Plaintiff, ) ) ) | |
| v. ) ) | |
| SEAN L. MCKIRDY,   Defendant. ) ) | |

## ORDER

The matter is before the Court following a *sua sponte* review of the record.

Based on this review,

It is hereby **ORDERED** that the undersigned District Judge is **RECUSED** from all further proceedings in this matter.

The Clerk is directed to provide a copy of this Order to all counsel of record, and to reassign this case to another District Judge in the Alexandria Division of the Eastern District of Virginia.

Alexandria, Virginia
January 12, 2018

/s/
T. S. Ellis, III
United States District Judge