# United States District Court

EASTERN DISTRICT OF VIRGINIA

FITISTICS, LLC.,                                        JUDGMENT IN A CIVIL CASE

    Plaintiff

    V.                                                CASE NUMBER: 1:16CV112

ERIK B. CHERDAK, ESQ.

    Defendant

[   ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] **Decision of the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is hereby entered pursuant to Fed.R.Civ.P.54 in favor of Fitistics LLC and Sean McKirdy against Erik B. Cherdak on all claims and counterclaims. Fitistics, LLC. is awarded $654,062.50 in compensatory damages and $350,000.00 in punitive damages in accordance with the Court order dated August 23, 2018.


8/23/2018                                                  FERNANDO GALINDO  
Date                                                         Clerk

                                                                A. Wachtendonck  
                                                                (By) Deputy Clerk