FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

2018 SEP -6 P 12: 34

CLERK US ...
ALE... ...

| | |
|---|---|
| Fitistics, LLC<br><br>v.<br><br>Erik B. Cherdak, Esq. (Appellant *Pro Se*)<br><br>-*and*-<br><br>Erik B. Cherdak (Appellant *Pro Se*)<br><br>v.<br><br>Sean L. McKirdy | Case No. 1:16-cv-112 (LO/jfa)<br><br>As Consolidated With:<br><br>Case No. 1:17-cv-500 (LO/jfa)<br><br>Appeal No. _____ |

**MR. CHERDAK's NOTICE OF APPEAL**
**PURSUANT TO FED. R. APP. P. RULES 3 and 4**

Notice is hereby given pursuant to Fed. R. App. P. Rules 3 and 4 that Erik B. Cherdak, Defendant and Appellant, *pro se*, (hereinafter "Mr. Cherdak") in the above-referenced case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment (and its related Memorandum Opinion and Orders as found on this Court's docket) as signed on 23rd day of August, 2018 by the Honorable U.S. District Judge Liam O'Grady of the United States District Court for the Eastern District of Virginia (Alexandria Division), which final judgment appears to have been entered on the Court's Docket on the 24th day of August, 2018 (the day notices of electronic filings were received by Mr. Cherdak). This Notice of Appeal has been timely filed.

Fees ($505.00) related to this Notice of Appeal have been paid contemporaneously to the Clerk of U.S. District Court for the Eastern District of Virginia (Alexandria).

It is believed that no additional papers other than those which may be specified herein, if any, are due at the time of the filing of this Notice of Appeal. If additional information is needed, it is respectfully requested that the Clerk of this Court and/or the Clerk's Office of the Fourth Circuit Court of Appeals notify the undersigned at the physical address, email address and/or telephone and facsimile numbers listed below. The Court Reporter confirmed in writing that all transcripts are already part of the official record pertaining to this case as maintained within the CM/ECF system.

Ten (10) copies of this document have been filed contemporaneously herewith to ensure that the District Court has been supplied with enough copies for service of process and for the Court's own use.

Respectfully submitted,

_____
Erik B. Cherdak  9/6/2018

149 Thurgood Street
Gaithersburg, Maryland 20878
Phone: 202.330.1994
Fax: 202.207.1034
ebcherdak@gmail.com

## CERTIFICATE OF SERVICE

I, Erik B. Cherdak, do hereby certify that on September 6, 2018, a copy of this Notice of Appeal was deposited in the USPS First Class Mail to the below-named attorney. I understand that the Court will scan the Notice of Appeal for docketing on the Court's CM/ECF System – which system will send an automatic notification of electronic filing (NEF) and will provide a link to download this Paper to the below-specified counsel.

| John Ferman | John D.V. Ferman |
| --- | --- |
| Banks & Associates | Birch Stewart Kolasch & Birch, LLP |
| 4031 Chain Bridge Road, Suite 301 | 8110 Gatehouse Road, Suite 100 East |
| Fairfax, VA 22030 | Falls Church, VA 22042 |
| 703-273-7000 | Phone: 703.205.8009 |

_____
Erik B. Cherdak  9/6/2018

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexe_____ DIVISION

_Cherdale Partners LLC_____
(Plaintiff(s)),

v.

_Cherdale Partners LLC_____
(Defendant(s)).

Civil Action Number: _1-16-cv-112 LO/JFA_

_See doc. for caption and case # 's_

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Notice of Appeal_
(Title of Document)

_Erik B Cherdak_____
Name of *Pro Se* Party (Print or Type)

_[signature]_____
Signature of *Pro Se* Party

Executed on: _9/6/2018_ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)