# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 7, 2021

_____

## RECORD FOLLOW-UP NOTICE
_____

No. 21-1537,   <u>Fitistics, LLC v. Erik Cherdak</u>
1:16-cv-00112-LO-JFA

TO:   Fernando Galindo

The electronic transmission of the record did not come through correctly. We have received pleadings 1-32 and pleadings 33-34 only. Please re-transmit the entire electronic record in this case. Please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report and statement of reasons are required.

Any highly sensitive documents **must** be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is a problem that will delayl:\MichaelRadday_211537_1000948127_RecordFollowUpNotice-Technical_1190.cef transmission of the record, please notify me.

Michael Radday, Deputy Clerk
804-916-2702